■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. KENNETH BURWELL, Also Known as KENNETH BONDS, Appellant, v WARDEN, Respondent. — Appeal from judgment, Supreme Court, Bronx County (Burton Hecht, J.), entered on August 15, 1984, unanimously dismissed as moot, without costs and without

disbursements. No opinion. Concur — Sullivan, J. P., Asch, Silverman, Bloom and Alexander, JJ.